UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE MONTANEZ,

           Plaintiff,

    v.

CHECKR, INC.,

           Defendant.

Case No.  19-cv-07776-KAW

ORDER GRANTING MOTION TO STAY

Re: Dkt. No. 42

      On May 12, 2020, Defendant filed a motion to compel arbitration.  (Dkt. No. 37.)
Defendant also filed a motion to stay all proceedings and discovery in this matter pending the
Court's ruling on the motion to compel arbitration.  (Dkt. No. 42.)

      On May 26, 2020, the parties filed a stipulation to modify the briefing schedule for the
motion to stay, such that the deadlines would be the same as the motion to compel arbitration.
(Dkt. No. 47.)  On June 11, 2020, the Court denied the stipulation, explaining:

> As a practical matter, the proposed briefing schedule would result in
> the motion to stay being decided at the same time as the motion to
> compel arbitration.  This would appear to render the motion to stay
> moot, as its stated purpose is to stay the case pending a ruling on the
> motion to compel arbitration.  Thus, it is not clear why the parties
> are stipulating to a modified briefing schedule, rather than
> stipulating to a stay of discovery and/or withdrawing the motion to
> stay.

(Dkt. No. 49 at 1.)  The Court set a new briefing schedule, with Plaintiff's opposition due by June
19, 2020, and Defendant's reply due by June 26, 2020.

      To date, Plaintiff has not filed an opposition or statement of non-opposition.[1]  Pursuant to

---

[1] Defendant also did not file a reply.

United States District Court
Northern District of California

the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)  Accordingly, the Court GRANTS Defendant's motion to stay as unopposed.

IT IS SO ORDERED.

Dated: June 29, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California