Erika A. Heath (SBN 304683)
(eheath@consumerlawfirm.com)
**FRANCIS MAILMAN SOUMILAS, P.C.**
369 Pine Street, Suite 410
San Francisco, CA 94104
Tel:    (628) 246-1352

James A. Francis (admitted *pro hac vice*)
(jfrancis@consumerlawfirm.com)
John Soumilas (admitted *pro hac vice*)
(jsoumilas@consumerlawfirm.com)
Lauren KW Brennan (admitted *pro hac vice*)
(lbrennan@consumerlawfirm.com)
Edward K. Skipton (admitted *pro hac vice*)
(eskipton@consumerlawfirm.com)
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19110
Tel:    (215) 735-8600
Fax:    (215) 940-8000

Jeffrey B. Sand (admitted *pro hac vice*)
(js@atlantaemployeelawyer.com)
**WEINER & SAND LLC**
3525 Piedmont Road
7 Piedmont Center, 3rd Floor
Atlanta, GA 30305
Tel:    (404) 205-5029
Fax:    (866) 800-1482

*Attorneys for Plaintiff and the Proposed Class*

Rod M. Fliegel (SBN 168289)
(rfliegel@littler.com)
Francesca M. Lanpher (SBN 299318)
flanpher@litter.com
**LITTLER MENDELSON, P.C.**
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel:    (415) 433-1940
Fax:    (415) 399-8490

William J. Simmons (admitted *pro hac vice* )
(wsimmons@littler.com)
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Tel: (267) 402-3047
Fax: (267) 402-3131


*Attorneys for Defendant*
*CHECKR, INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JOSE MONTANEZ, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CHECKR, INC.,<br><br>        Defendant. | Case No.  4:19-cv-07776-KAW<br><br>**JOINT STATUS REPORT**<br><br><br>Action Filed:     November 26, 2019 |

1.

Pursuant to the Court's Order (ECF No. 55), the Parties report that they have not yet resolved the case. However, they further report that they have used their time productively to exchange relevant information and make progress in that regard. As the Parties continue this effort, if the case is not resolved before the next impending case deadlines but resolution discussions remain productive, they may jointly seek a brief extension of same to complete the resolution process.

Respectfully submitted,

Dated: December 4, 2020

*/s/ Rod M. Fliegel*
Rod M. Fliegel
William J. Simmons
Francesca Lampher

LITTLER MENDELSON, P.C.
Attorneys for Defendant
CHECKR, INC.

Dated: December 4, 2020

*/s/ Jeffrey B. Sand*
Jeffrey B. Sand
WEINER & SAND LLC
Attorney for Plaintiff
JOSE MONTANEZ

Dated: December 4, 2020

*/s/ John Soumilas*
James A. Francis
John Soumilas
Lauren KW Brennan
Erika A. Heath

FRANCIS & MAILMAN, P.C.
Attorneys for Plaintiff
JOSE MONTANEZ

JOINT STATUS REPORT

1

**<u>FILER'S ATTESTATION</u>**

2          Pursuant to Local Rule 5-1, I attest that concurrence in the filing of this document has been

3    obtained from each of the other Signatories.

4

5     Dated:  December 4, 2020                    */s/  Rod M. Fliegel*
                                                   Rod M. Fliegel

6                                                  LITTLER MENDELSON, P.C.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28