| | |
|---|---|
| FRANCIS MAILMAN SOUMILAS, P.C.<br>Erika A. Heath (SBN 304683)<br>369 Pine Street, Suite 410<br>San Francisco, CA 94104<br>Tel: (628) 246-1352<br>Fax: (215) 940-8000<br>eheath@consumerlawfirm.com | |
| FRANCIS MAILMAN SOUMILAS, P.C.<br>James A. Francis*<br>John Soumilas*<br>Lauren KW Brennan*<br>1600 Market Street, Suite 2510<br>Philadelphia, PA 19110<br>T: (215) 735-8600<br>F: (215) 940-8000<br>jfrancis@consumerlawfirm.com<br>jsoumilas@consumerlawfirm.com<br>lbrennan@consumerlawfirm.com | ROD M. FLIEGEL, Bar No. 168289<br>rfliegel@littler.com<br>JANET LEADER, Bar No. 139885<br>jleader@littler.com<br>LITTLER MENDELSON, P.C.<br>333 Bush Street, 34th Floor<br>San Francisco, California 94104<br>Telephone: 415.433.1940<br>Facsimile: 415.399.8490 |
| WEINER & SAND LLC<br>Jeffrey B. Sand*<br>3525 Piedmont Road<br>7 Piedmont Center, 3rd Floor<br>Atlanta, GA 30305<br>T: 404.205.5029<br>F: 866.800.1482<br>E: js@atlantaemployeelawyer.com | WILLIAM J. SIMMONS[+]<br>wsimmons@littler.com<br>LITTLER MENDELSON, P.C<br>Three Parkway<br>1601 Cherry Street, Suite 1400<br>Philadelphia, Pennsylvania 19102.1321<br>Telephone: 267.402.3000<br>Facsimile : 267.402.3131 |
| *Admitted *pro hac vice* | [+] *Pro hac vice* application forthcoming |
| *Attorneys for Plaintiff*<br>*and the Proposed Classes* | *Attorneys for Defendant Checkr, Inc.* |

JOINT STIPULATION STAYING CASE DEADLINES PENDING SETTLEMENT NEGOTIATIONS

| | |
|---|---|
| 1 | |
| 2 | **UNITED STATES DISTRICT COURT** |
| 3 | **NORTHERN DISTRICT OF CALIFORNIA** |

| | | |
|---|---|---|
| 4 | | ) |
| 5 | JOSE MONTANEZ, on behalf of himself and all others similarly situated, | ) ) **Case No. 4:19-cv-07776-KAW** |
| 6 | Plaintiff(s), | ) ) |
| 7 | v. | ) **JOINT STIPULATION STAYING CASE** ) **DEADLINES PENDING SETTLEMENT** |
| 8 | CHECKR, INC., | ) **NEGOTIATIONS** ) |
| 9 | Defendant. | ) ) Complaint Filed: November 26, 2019 |
| 10 | | ) ) |
| 11 | | |

Pursuant to Northern District Civil Local Rule 7-12, Plaintiff JOSE MONTANEZ ("Plaintiff") and Defendant CHECKR, INC. ("Defendant") (collectively, "Parties"), by and through their respective counsel of record, hereby jointly stipulate and request the Court to stay case deadlines for a period of 30 days while the parties negotiate settlement based on the following recitals:

WHEREAS, Plaintiff filed the initial Class Action Complaint in this action on November 26, 2019;

WHEREAS, Checkr currently has a Motion to Compel Arbitration pending before this Court, ECF 37;

WHEREAS, the deadline for Plaintiff to file his opposition to Checkr's Motion to Compel Arbitration is currently February 1, 2021, ECF 55, and Checkr's deadline to file a reply is February 15, 2021, ECF 55;

WHEREAS, the attorneys for the Parties have a long history of working together cooperatively in similar types of cases;

WHEREAS, the Parties have begun private settlement negotiations to resolve this matter;

WHEREAS, the Parties stated in their December 4, 2020 Joint Status Report that they were making progress in their negotiations but would need to seek an extension if the case was not resolved before the next impending case deadlines, ECF 56;

WHEREAS, since that time, an attorney representing Plaintiff has had serious health issues;

WHEREAS, the Parties agree that Checkr waives no rights, defenses or arguments, including but not limited to Checkr's position that Plaintiff is bound to individual arbitration, by entering into this joint stipulation; and

WHEREAS, the Parties agree that, based on the foregoing, a stay of the deadlines in the case for 30 days to allow them to complete settlement negotiations would be the most efficient use of the Court's and the Parties' resources;

NOW THEREFORE, the Parties jointly stipulate to, and request, a stay of the deadlines in the case for 45 days on the following terms:

- All case deadlines should be stayed for 30 days;
- The Parties shall report on whether their negotiations have successfully resolved the case by March 3, 2021;
- If the Parties report that their resolution attempts were not successful, the deadline to complete discovery solely related to motion to compel arbitration shall be March 26, 2021, the deadline for Plaintiff to file his opposition to motion to compel arbitration shall be April 16, 2021; and the deadline for Checkr to file a reply, if any, in further support of the motion to compel arbitration shall be April 30, 2021.

Dated: January 26, 2021
　　　　　　　　　　　　　　　　　　/s/ Rod M. Fliegel
　　　　　　　　　　　　　　　　　　Rod M. Fliegel
　　　　　　　　　　　　　　　　　　William J. Simmons
　　　　　　　　　　　　　　　　　　Andrea R. Ortega
　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　CHECKR, INC.

Dated: January 26, 2021
　　　　　　　　　　　　　　　　　　/s/ James A. Francis
　　　　　　　　　　　　　　　　　　James A. Francis
　　　　　　　　　　　　　　　　　　John Soumilas
　　　　　　　　　　　　　　　　　　Lauren KW Brennan
　　　　　　　　　　　　　　　　　　Erika Heath
　　　　　　　　　　　　　　　　　　FRANCIS MAILMAN SOUMILAS, P.C.
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　JOSE MONTANEZ

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: January 26, 2021

                                           */s/ Erika Heath*
                                           ERIKA HEATH
                                           FRANCIS MAILMAN SOUMILAS, P.C.
                                           Attorneys for Plaintiff
                                           JOSE MONTANEZ